RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile: (510)272-0711
pollockesq@aol.com

Attorney for Defendant
DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DYLAN HUDSON,<br><br>    Defendants.    / | CASE NO. 12-0130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS CONFERENCE**<br>_____ |

    The parties hereby stipulate and ask the Court to continue the date set for status conference as to Dylan Hudson from September 21, 2012 to November 30, 2012 based on the need for further time to resolve possible settlement in the case.

    The time period from September 21, 2012 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Dated: September 18, 2012        /s/ RANDY SUE POLLOCK
                                                      Attorney for Defendant
                                                      **DYLAN HUDSON**

Dated: September 18, 2012  /s/ JILL THOMAS
Assistant United States Attorney

SO ORDERED:

Dated: September 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge