1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN HUDSON,<br><br>Defendant.        / | CASE NO. 12-0130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND TO RESET PROBATION SCHEDULE**<br>_____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from June 14, 2013 to July 12, 2013. Additionally, the parties request that the probation filing schedule be changed due to the late filing of the PSR on May 10, 2013. The parties propose the following filing schedule:

Informal Corrections Shall Be Due: May 31, 2013
Final PSR Shall Be Due:           June 7, 2013
Motion for Corrections Due:       June 14, 2013
Reply Brief Due:                  June 18, 2013

/ / /

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE
FOR SENTENCING & TO RESET PROBATION SCHEDULE , CR 12-0130-GEB

AUSA Jill Thomas will be unavailable from June 12-14 and June 20-July 9. Defense counsel is unavailable from May 22-28 and June 6-7. This new schedule will afford the parties sufficient time to address the issues raised in the draft PSR.

Dated: May 13, 2013        /s/ RANDY SUE POLLOCK
                           Attorney for Defendant
                           **DYLAN HUDSON**

Dated: May 13, 2013        /s/ JILL THOMAS
                           Assistant United States Attorney

SO ORDERED:

Dated: May 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge