1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DYLAN HUDSON,<br><br>　　　　Defendant.<br>_____/ | CASE NO.  12-0130-GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO RESET PROBATION FILING SCHEDULE**<br><br>**Sentencing Date:　July 12, 2013**<br>_____ |

The parties request that the probation filing schedule be amended due to the late filing of the PSR on May 10, 2013.  The parties propose the following filing schedule for the July 12, 2013 sentencing hearing:

|  |  |
|---|---|
| Informal Corrections Shall Be Due: | June 21, 2013 |
| Final PSR Shall Be Due: | June 28, 2013 |
| Motion for Corrections Due: | July 5, 2013 |
| Reply Brief Due: | July 9, 2013 |

///

AUSA Jill Thomas will be unavailable from June 20 through July 9, 2013.

Probation has no objection to this new schedule. This new schedule will afford the parties sufficient time to address the issues raised in the draft PSR.

Dated: June 19, 2013 /s/ RANDY SUE POLLOCK
Attorney for Defendant
**DYLAN HUDSON**

Dated: June 19, 2013 /s/ JILL THOMAS
Assistant United States Attorney

The sentencing hearing is rescheduled for July 19, 2013, at 9:00 a.m.

**SO ORDERED:**

Dated: June 24, 2013

```
GARLAND E. BURRELL, JR.
Senior United States District
Judge
```

AMENDED STIPULATION AND [PROPOSED] ORDER
TO RESET PROBATION FILING SCHEDULE , CR 12-0130-GEB

2